# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BIENVENIDO JEREZ**, | : | CIVIL ACTION NO. 1:14-CV-0645 |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **WARDEN**, **SIS DEPARTMENT**, | : | |
| Respondents | : | |

## ORDER

AND NOW, this 13th day of May, 2014, it is hereby ORDERED that:

1. The application to proceed *in forma pauperis* (Doc. 4) is GRANTED for the sole purpose of the filing of this action.

2. The Petition for Writ of Habeas Corpus (Doc. 1) is DISMISSED without prejudice.

3. The Clerk of Court is further directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania